AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Brendan J. Brownyard in his individual capacity and as trustee of The Brendan J. Brownyard Revocable Trust, in its individual capacity and on behalf of The W.H. Brownyard Corporation and Brownyard Claims Management, Inc. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 25-cv-05577-SJB-AYS |
| WENDY MANSON; BENDER CICCOTTO & CO., C.P.A.'S, L.L.P.; THE W.H. BROWNYARD CORPORATION; and BROWNYARD CLAIMS MANAGEMENT, INC. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
> Bender Ciccotto & Co., C.P.A.'s, L.L.P.
> 206 New Highway
> Amityville, New York 11701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Alex Kriegsman, Esq.
> Kriegsman PC
> 279 Main Street
> Sag Harbor, NY 11963

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date: 10/6/2025

*Sandra Felgueiras*



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-05577-SJB-AYS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                     *Server's signature*

                                     _____
                                     *Printed name and title*

                                     _____
                                     *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Brendan J. Brownyard in his individual capacity and as trustee of The Brendan J. Brownyard Revocable Trust, in its individual capacity and on behalf of The W.H. Brownyard Corporation and Brownyard Claims Management, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> WENDY MANSON; BENDER CICCOTTO & CO., C.P.A.'S, L.L.P.; THE W.H. BROWNYARD CORPORATION; and BROWNYARD CLAIMS MANAGEMENT, INC. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  25-cv-05577-SJB-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Brownyard Claims Management, Inc.
> 21 Maple Avenue
> Bay Shore, New York 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alex Kriegsman, Esq.
> Kriegsman PC
> 279 Main Street
> Sag Harbor, NY 11963

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date:  10/6/2025



*Sandra Felgueiras*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-05577-SJB-AYS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                *Server's signature*

                                        _____
                                                *Printed name and title*


                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:


**Print**     **Save As...**                    **Reset**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td>Brendan J. Brownyard in his individual capacity and as trustee of The Brendan J. Brownyard Revocable Trust, in its individual capacity and on behalf of The W.H. Brownyard Corporation and Brownyard Claims Management, Inc.<br><br><i>Plaintiff(s)</i><br><br>v.<br><br>WENDY MANSON; BENDER CICCOTTO & CO., C.P.A.'S, L.L.P.; THE W.H. BROWNYARD CORPORATION; and BROWNYARD CLAIMS MANAGEMENT, INC.<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  25-cv-05577-SJB-AYS</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Wendy Manson
47 Ashley Circle
Commack, New York 11725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex Kriegsman, Esq.
Kriegsman PC
279 Main Street
Sag Harbor, NY 11963

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date: 10/6/2025



*Sandra Felgueiras*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-05577-SJB-AYS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:



Print        Save As...                    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Brendan J. Brownyard in his individual capacity and as trustee of The Brendan J. Brownyard Revocable Trust, in its individual capacity and on behalf of The W.H. Brownyard Corporation and Brownyard Claims Management, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> WENDY MANSON; BENDER CICCOTTO & CO., C.P.A.'S, L.L.P.; THE W.H. BROWNYARD CORPORATION; and BROWNYARD CLAIMS MANAGEMENT, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  25-cv-05577-SJB-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The W.H. Brownyard Corporation
> 21 Maple Avenue
> Bay Shore, New York 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alex Kriegsman, Esq.
> Kriegsman PC
> 279 Main Street
> Sag Harbor, NY 11963

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B.MAHONEY

*CLERK OF COURT*

Date:  10/6/2025                     *Sandra Felgueiras*



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-05577-SJB-AYS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                         _____
                                                        *Printed name and title*


                                         _____
                                                        *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |